# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05cr224

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **SCOTTIE HARRISON** ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant for review of detention. (Doc. No. 9).

The defendant pled guilty to Count One of the indictment on July 15, 2005, charging him with possessing a firearm after being convicted of a felony. (Doc. No. 8: Acceptance and Entry of Guilty Plea). Pursuant to § 3145(b), the defendant seeks review of the magistrate judge's detention order entered June 7, 2005. (Doc. No. 6).

Upon review of the record, even in a light most favorable to the defendant, the Court finds the circumstances alleged by the defendant are insufficient for this Court to alter the Order of Detention, particularly in light of the magistrate judge's finding that the defendant has a long criminal record at a young age (Doc. No. 6).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: September 27, 2005**

Robert J. Conrad, Jr.
United States District Judge